# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. VILLAREAL, | Case No. CV 15-00122 AB (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| AMY MILLER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 9, 2016

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE